```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

THERON RILEY, JR.,                *
                                  *
    Plaintiff,                    *
                                  *
vs.                               * CIVIL ACTION NO. 22-00357-JB-B
                                  *
CALVIN SHAW, *et al.*,            *
                                  *
    Defendants.                   *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 17, 2022 (Doc. 3) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) and this Court's inherent authority for Plaintiff's failure to prosecute and obey the Court's order.

    **DONE and ORDERED** this 8th day of December, 2022.

                                    /s/ JEFFREY U. BEAVERSTOCK
                                    CHIEF UNITED STATES DISTRICT JUDGE